

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00894-CR

Domingo **TAMAYO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0676
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 19, 2018.

_____
Luz Elena D. Chapa, Justice